UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

MICHAEL GRESHAM #272603,

    Plaintiff,

                                           Case No: 1:24-cv-242

v.

                                           HON. ROBERT J. JONKER

A. AWOMOLO et al,

    Defendants.

    _____/

## <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 15, 2025 (ECF No. 56). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 56) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for temporary preliminary injunction (ECF No. 49) is **DENIED.**

Dated:  June 5, 2025                            /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                             UNITED STATES DISTRICT JUDGE